TRIANGLE CRANE SERVICE, INC., PLAINTIFF-RESPOND-ENT, v. LIBERTY MUTUAL INSURANCE COMPANY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Taylor, Bischoff, Neutze & Williams* and *Mr. Burchard V. Martin* for the petitioner.

*Messrs. Steinberg & Steele* and *Mr. William E. O'Connor, Jr.* for the respondents.

April 13, 1964.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. LEROY VAUGHN, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Guy W. Calissi* and *Mr. John K. Walsh* for the petitioner.

*Mr. Morton Stavis* for the respondent.

April 13, 1964.  Granted.